## CIVIL COMPLAINT FORM TO BE USED BY A *PRO SE* PRISONER

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Justin M SPECE  FB8536
**Full Name of Plaintiff**   **Inmate Number**

Civil No. 1:21cv511
(to be filled in by the Clerk's Office)

Boy Scouts of America ~~Delaware Rev~~
**Name of Defendant 1**

(__) Demand for Jury Trial
(__) No Jury Trial Demand

**Name of Defendant 2**

FILED
SCRANTON

MAR 2 2 2021

PER _Amo_
DEPUTY CLERK

**Name of Defendant 3**

**Name of Defendant 4**

**Name of Defendant 5**

(Print the names of all defendants. If the names of all defendants do not fit in this space, you may attach additional pages. Do not include addresses in this section).

### I. NATURE OF COMPLAINT

Indicate below the federal legal basis for your claim, if known.

___ Civil Rights Action under 42 U.S.C. § 1983 (state, county, or municipal defendants)

___ Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971) (federal defendants)

___ Negligence Action under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346, against the United States

II. **ADDRESSES AND INFORMATION**

A. **PLAINTIFF**

SPECE, Justin M
Name (Last, First, MI)

FB8536
Inmate Number

SCI Huntingdon
Place of Confinement

1100 Pike Street
Address

Huntingdon, PA 16654-1112
City, County, State, Zip Code

Indicate whether you are a prisoner or other confined person as follows:

___ Pretrial detainee

___ Civilly committed detainee

___ Immigration detainee

✓ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

B. **DEFENDANT(S)**

Provide the information below for each defendant. Attach additional pages if needed.

Make sure that the defendant(s) listed below are identical to those contained in the caption. If incorrect information is provided, it could result in the delay or prevention of service of the complaint.

Defendant 1:

Boy Scouts of America
Name (Last, First)

Unknown
Current Job Title

Unknown
Current Work Address

Unknown
City, County, State, Zip Code

Defendant 2:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 3:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 4:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

Defendant 5:

_____
Name (Last, First)

_____
Current Job Title

_____
Current Work Address

_____
City, County, State, Zip Code

### III. STATEMENT OF FACTS

State only the facts of your claim below. Include all the facts you consider important. Attach additional pages if needed.

A. Describe where and when the events giving rise to your claim(s) arose.

Between 1990 to 1992 at one of their Camp grounds

B. On what date did the events giving rise to your claim(s) occur?

Unclear of Exact dates

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what?)

I was part of Pack 319. It was during the Summer of 1990 to 1992 I was inappropiately touch by one of my Pack Leaders. I was being ~~prope~~ gropped on my thighs. I was told this is normal for adults to do this. He told me If I told anybody would believe me. He was an oustanding person. It was this Situation I molested two little girls. I was sent to ST. Michals and AYS long term stays when I was 13 and 17 year old

## IV. LEGAL CLAIM(S)

You are not required to make legal argument or cite any cases or statutes. However, state what constitutional rights, statutes, or laws you believe were violated by the above actions. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs. Attach additional pages if needed.

1 Because Of Covid-19 This lawsuit is late, The Plaintiff wrote Three letters to lawyers got one response, which They denied to take, got two unAswered letters, The Plaintiff did not have Access to Jailhouse Lawyers or Lawyers to file this Lawsuit timely.

2 The Plaintiff was a victim of groupping scandal by one of my pack leaders

## V. INJURY

Describe with specificity what injury, harm, or damages you suffered because of the events described above.

wanted to kill myself, Mentally broke down was placed in mental hospital due to in part of This

## VI. RELIEF

State exactly what you want the court to do for you. For example, you may be seeking money damages, you may want the court to order a defendant to do something or stop doing something, or you may be seeking both types of relief. If you are seeking monetary relief, state your request generally. Do not request a specific amount of money.

Money damages

## VII. SIGNATURE

By signing this complaint, you represent to the court that the facts alleged are true to the best of your knowledge and are supported by evidence, that those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.

Local Rule of Court 83.18 requires *pro se* plaintiffs to keep the court informed of their current address. If your address changes while your lawsuit is being litigated, you must immediately inform the court of the change in writing. By signing and submitting the complaint form, you agree to provide the Clerk's Office with any changes to your address where case-related papers may be served, and you acknowledge that your failure to keep a current address on file with the Clerk's Office may result in dismissal of your case.

_____
Signature of Plaintiff

3-14-21
Date

Unit of Communications
SI Huntingdon
Jystin m Spece
FB8536
PO Box 33028
ST, Petersburg, FL, 33733

INMATE MAIL
PA DEPARTMENT
OF CORRECTIONS



RECEIVED
SCRANTON
MAR 2 2 2021
PER _____ DEPUTY CLERK

Office of the Clerk
United States District Court
Middle District of Pennsylvania
William J Nealon Blds. & US Courthouse
235 North Washington Avenue
PO Box 1148
Scranton, PA 18501-1148

Legal Mail